IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 3:97-CV-2078-T |
| | ) | |
| PROPERTY, ALL APPURTENANCES, | ) | |
| AND IMPROVEMENTS ON | ) | |
| APPROXIMATELY 475 ACRES | ) | |
| OF LAND LOCATED AT HC 71 | ) | |
| BOX 184, also known as RR 1 PO Box 173, | ) | |
| Soper, Choctaw County, Oklahoma, | ) | |
| et al., | ) | |
| Defendants. | ) | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
FEB 26 2007
**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

As recommended by the Magistrate Judge, the Court **CONSTRUES** defendant's motions for return of property as motions for relief from judgment filed pursuant to Fed. R. Civ. P. 60(b) and **DENIES** them as untimely.

SIGNED this 25 day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE